

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:                01-22-00194-CV

Trial Court Cause
Number:                      21-CV-0386

Style:                       James Deaver Services, Inc.

                             v Don Mafrige

Date motion filed*:          July 8, 2022

Type of motion:              Extension of time to file reply brief

Party filing motion:         Appellant

Document to be filed:        Reply brief

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

    Original due date:                    7/25/2022

    Number of previous extensions granted:    0

    Date Requested:                       7/19/2022

Ordered that motion is:

    ☐    Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **The motion is denied. Appellant's reply brief is due July 25, 2022.** *See* TEX. R. APP. P. 38.6(c).**

Judge's signature: /s/ Peter Kelly
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: July 8, 2022